IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN BERNARD HARRIS, | ) | |
| | ) | 8:07cv51 |
| Plaintiffs, | ) | |
| | ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| | ) | |
| DOUGLAS COUNTY CORRECTION CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court sua sponte. It appears to the court that this case may have been abandoned, as the plaintiff has failed to notify the court of his current address, and the court has learned that the plaintiff has been released from the Douglas County Correctional Center ("DCCC") where he was incarcerated when he filed this action. The plaintiff has a continuing obligation to keep the court informed of his current address at all times while his case is pending.

Therefore, the Clerk of Court shall send this Order to Show Cause to the plaintiff at his last known address in the court's records. By April 19, 2007, the plaintiff shall file a response to this Order to Show Cause in writing stating why this case should not be dismissed, without prejudice, for lack of prosecution.[1] In the absence of a timely and sufficient response to this Order to Show Cause, the above-entitled case may be subject, without further notice, to dismissal without prejudice.

SO ORDERED.

DATED this 6th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] See NECivR 41.1, which states in pertinent part: "At any time when it appears that any action is not being prosecuted with reasonable diligence the court may dismiss it for lack of prosecution."