IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN BERNARD HARRIS, | ) | |
| | ) | 8:07cv51 |
| Plaintiffs, | ) | MEMORANDUM AND ORDER |
| vs. | ) | |
| DOUGLAS COUNTY CORRECTION CENTER, et al., | ) | |
| Defendants. | ) | |

This matter is before the court pursuant to NECivR 41.1, which states in pertinent part: "At any time when it appears that any action is not being prosecuted with reasonable diligence the court may dismiss it for lack of prosecution." The plaintiff, Kevin Bernard Harris, has not responded to an Order to Show Cause (filing no. 6) which required him to report whether or not the above-entitled case has been abandoned. The court notified the plaintiff in filing no. 6 that his complaint and this action would be dismissed without prejudice pursuant to NECivR 41.1 in the absence of a response. Therefore, this case is dismissed, without prejudice, as abandoned, and a separate judgment will be entered accordingly.

SO ORDERED.

DATED this 7th day of May, 2007.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge